IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

REBECCA LEE GRAHAM,

    Plaintiff,

v.                                               CASE NO. 1:09-cv-00260-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Defendant's Motion for Extension of Time to File Answer. (Doc. 11). Having considered said motion, the Court is of the opinion that it should be GRANTED, and Defendant shall have through April 12, 2010, to respond to the complaint.

    **DONE AND ORDERED** this _10th_ day of March, 2010

                            *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge