IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

REBECCA LEE GRAHAM,

    Plaintiff,

v.                                              CASE NO. 1:09-cv-00260-MP-AK

MICHAEL J. ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Plaintiff's motion for a seven-day extension of time to file a memorandum of law in support of her complaint (Doc. 17). The Court finds that the motion is well taken. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. The Motion of Extension of Time (Doc. 17) is granted, nunc pro tunc, and the memorandum filed at Doc. 18 is accepted.

2. Defendant shall file a responsive memorandum **on or before July 30, 2010.**

**DONE AND ORDERED** this _24th_ day of June, 2010

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge